# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE PUAOI,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSERTIO THERAPEUTICS, INC., JAMES P. FOGARTY, ARTHUR J. HIGGINS, WILLIAM T. MCKEE, JAMES L. TYREE, KAREN A. DAWES, PETER D. STAPLE, HEATHER L. MASON, JAY GALEOTA, and DAVID WHEADON,<br><br>    Defendants. | C.A. No.: 20-cv-616-CFC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff George Puaoi hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment. Plaintiff expressly reserves any and all rights he may have. The parties shall bear their respective fees and costs.

Dated: May 18, 2020

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiff*